**O**
**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| CHLOE BIRD, | Case № 2:20-cv-08902-ODW (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

///
///
///
///
///
///
///
///
///
///
///
///

1

# JUDGMENT

After bench trial of this matter, and in light of the Court's Findings of Fact and Conclusions of Law (ECF No. 48), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Plaintiff shall recover nothing from Defendant.
2. Plaintiff's First Amended Complaint is dismissed on the merits and with prejudice.
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 29, 2021

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2